# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.     ) | |
|                          ) | |
|       *Plaintiff*,    ) | |
|                          ) | |
| v.                     ) | |
|                          ) | Civil Action No. 13-1559-EGS |
| INTERNAL REVENUE SERVICE     ) | |
|       *Defendant*.    ) | |

## **[PROPOSED] ORDER**

Upon consideration of Judicial Watch's Motion for a Status Conference and the record herein, it is hereby ORDERED that:

Judicial Watch's Motion for a Hearing is GRANTED, and it is further ORDERED that A status conference will be held on ____ day of _____, 2014 at _____.

Dated:                                                  _____
                                                         U.S. District Court Judge

Cc:     All counsel of record