IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-1559-EGS |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STATUS REPORT**

On October 19, 2015, the Internal Revenue Service ("Service") released to Judicial Watch, Inc., a CD containing documents responsive to Judicial Watch's Freedom of Information Act ("FOIA") request for development letters sent to organizations applying for recognition of 501(c)(4) status and documents regarding the preparation thereof. Due to the voluminous amount of records potentially responsive to Judicial Watch's remaining FOIA requests, the undersigned attorneys have provided written proposals to narrow the scope of those requests on September 8, 2015, October 7, 2015, and October 14, 2015. The undersigned attorneys also discussed the scope of the requests with Judicial Watch at the parties' Court-ordered in-person meeting on September 17, 2015. To date, the Service has not received from Judicial Watch written responses to the Service's proposals to narrow the scope of the remaining FOIA requests.

The Service is continuing to review documents that may be responsive to Judicial Watch's request for communications between the Service and Congress, other government agencies, or other offices of the executive branch regarding the review process for 501(c)(4) applications; however, it did not identify for release any documents responsive to that request during the last week.

13229524.1

The Service has now released to Judicial Watch over 29,400 pages of documents responsive to the FOIA requests at issue in this case.  All of those pages have been redacted for appropriate exemptions in accordance with 5 U.S.C. § 552(b).  IRS Chief Counsel attorneys have represented to the undersigned attorneys that the Treasury Inspector General for Tax Administration ("TIGTA") has not provided any forensically-recovered emails to the Service since the Service submitted its Status Report on October 9, 2015.

Dated: October 19, 2015

                                                          Respectfully submitted,

                                                          /s/ Stephanie Sasarak
                                                          STEPHANIE SASARAK
                                                          GEOFFREY J. KLIMAS
                                                          *Counsel for the Internal Revenue Service*
                                                          Trial Attorneys, Tax Division
                                                          U. S. Department of Justice
                                                          Post Office Box 227
                                                          Washington, DC  20044
                                                          SS Telephone:  (202) 307-2089
                                                          GJK Telephone:  (202) 307-6346
                                                          Fax:  (202) 514-6866
                                                          stephanie.a.sasarak@usdoj.gov
                                                          geoffrey.j.klimas@usdoj.gov

OF COUNSEL

CHANNING D. PHILLIPS
United States Attorney

13229524.1

**CERTIFICATE OF SERVICE**

    I certify that on October 19, 2015, I electronically filed the foregoing STATUS REPORT with the Clerk of the Court using the CM/ECF system, which shall send notification of that filing to all parties registered to receive such notice, including plaintiff's counsel.

                                        /s/ Stephanie Sasarak
                                        STEPHANIE SASARAK