IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-1559-EGS |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## STATUS REPORT

On April 18, 2016, the Internal Revenue Service ("Service") released to Judicial Watch, Inc., a CD containing documents responsive to the portion of Judicial Watch's final Freedom of Information Act ("FOIA") request seeking documents regarding the preparation of development letters.

The Service has now released to Judicial Watch over 34,200 pages of documents responsive to the FOIA requests at issue in this case. Those pages have been redacted for exemptions in accordance with 5 U.S.C. § 552(b) as appropriate.

//

13806386.1

IRS Chief Counsel attorneys have represented to the undersigned attorneys that the Treasury Inspector General for Tax Administration ("TIGTA") has not provided any forensically-recovered emails to the Service since the Service submitted its Status Report on April 11, 2016.

Dated: April 18, 2016

                                                  Respectfully submitted,

                                                  /s/ Stephanie Sasarak
                                                  STEPHANIE SASARAK
                                                  GEOFFREY J. KLIMAS
                                                  Trial Attorneys, Tax Division
                                                  U. S. Department of Justice
                                                  Post Office Box 227
                                                  Washington, DC  20044
                                                  SS Telephone:  (202) 307-2089
                                                  GJK Telephone:  (202) 307-6346
                                                  Fax:  (202) 514-6866
                                                  stephanie.a.sasarak@usdoj.gov
                                                  geoffrey.j.klimas@usdoj.gov
                                                  *Counsel for the Internal Revenue Service*

OF COUNSEL

CHANNING D. PHILLIPS
United States Attorney

13806386.1

## CERTIFICATE OF SERVICE

      I certify that on April 18, 2016, I electronically filed the foregoing STATUS REPORT with the Clerk of the Court using the CM/ECF system, which shall send notification of that filing to all parties registered to receive such notice, including plaintiff's counsel.

                                      /s/ Stephanie Sasarak
                                      STEPHANIE SASARAK

13806386.1