IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-1559-EGS |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**JOINT STATUS REPORT**

The parties, by counsel, respectfully submit this Joint Status Report consistent with the parties' June 16, 2017 Joint Status Report.

1. The parties have conferred and are working to narrow the outstanding issues in this case. To that end, the Service has agreed to provide proposals to Judicial Watch regarding outstanding issues related to its search, as well as redacted and withheld records, within 45 days.

2. The parties will continue to confer in good faith to resolve the outstanding issues in this case. At this time, the parties agree that it is not necessary to set a briefing schedule or

schedule a status conference.  Unless directed otherwise, the parties will submit a joint status report by September 26, 2017, with a status and recommendations for further proceedings.

Dated: July 28, 2017

Respectfully submitted,

DAVID A. HUBBERT
Acting Assistant Attorney General

CHANNING D. PHILLIPS
U.S. Attorney for the District of Columbia

/s/ Stephanie Sasarak
STEPHANIE SASARAK
GEOFFREY J. KLIMAS
Trial Attorneys, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044
SS Telephone:  (202) 307-2089
GJK Telephone:  (202) 307-6346
Fax:  (202) 514-6866
stephanie.a.sasarak@usdoj.gov
geoffrey.j.klimas@usdoj.gov
*Counsel for Defendant*

/s/ Ramona R. Cotca
RAMONA R. COTCA
D.C. BAR No. 501159
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC 20024
Telephone: (202) 646-5172
Fax: (202) 646-5199
rcotca@judicialwatch.org
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on July 28, 2017. I electronically filed the foregoing JOINT STATUS REPORT with the Clerk of the Court using the CM/ECF system, which shall send notification of that filing to all parties registered to receive such notice, including plaintiff's counsel.

/s/ Stephanie Sasarak
STEPHANIE SASARAK